IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM SEDRIC AUTREY, #323539,<br>  Plaintiff, | § § § | |
| v. | § § § | No.  3:14-CV-0698-N-BK |
| OFFICER ARY FISHER, Irving Police Department,<br>  Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made.  The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that this this case is **STAYED** until the state criminal charges against Plaintiff in Dallas and Collin Counties (Case No. 429-81194-10 (296th District Court, Collin County), and Case Nos. F10-34165, F10-34166, F10-34167, F10-71884 (204th Judicial District Court, Dallas County)) are finally resolved.  The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this action.  Once the state criminal proceeding is concluded, Plaintiff may file a motion to reopen within twenty-one (21) days, otherwise this case will be dismissed without prejudice.

SO ORDERED this 28th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE